# Court of Appeals
# of the State of Georgia

ATLANTA, October 11, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0337. TUNEEN CHISOLM v. DELROY WALTERS et al.

In this breach of contract action, the trial court entered a final judgment in favor of Tuneen Chisolm. Delroy Walters and Janai Walters ("Defendants") appealed, and this Court remanded the case to the trial court for completion of the record. See Case No. A23A0984 (decided March 6, 2023).[1] Meanwhile, on July 24, 2023, the trial court entered an order denying Chisolm's motion for attorney fees under OCGA § 9-15-14. Chisolm filed a notice of appeal on August 24, 2023. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Pretermitting whether the July 24, 2023 order on attorney fees was subject to direct appeal,

---

[1] In the order, we stated that once the completed transcript was on file with the trial court, the complete record and transcript could then be transmitted to and re-docketed with this Court. However, there is no indication in the record in this appeal that Defendants' appeal from the final judgment has been re-docketed in this Court.

Chisolm's notice of appeal is untimely, as it was filed 31 days after entry of the order on appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  *10/11/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_  *, Clerk.*